# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AGUILERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. PICKETT, Warden,<br><br>　　　　Respondent. | Case No. SA CV 20-277 PSG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 1/8/21 _____

_____
HON. PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE